UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| PAUL O'MARA and NEAL O'MARA<br>Plaintiffs,<br>v.<br><br>MARK J. DONNELLY,<br>SEBAGO PARTNERS, INC, and<br>UCOMPAREHEALTHCARE, LLC<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 05-11824-REK |

**STIPULATION TO CONTINUE HEARING ON
MOTION FOR PRELIMINARY INJUNCTION
AND TO EXTEND DEADLINE FOR OPPOSITION TO MOTION**

Plaintiffs/Defendants-in-Counterclaim Paul O'Mara and Neal O'Mara (collectively, the "O'Maras"), and Defendants/Plaintiffs-in-Counterclaim Mark J. Donnelly ("Donnelly"), Sebago Partners, Inc. ("Sebago Partners") and UCompareHealthCare, LLC ("UCHC") hereby stipulate and agree that the hearing on Defendants' Motion for Preliminary Injunction shall be continued from December 29, 2005 until **January 4, 2006 at 11:00 a.m**. and that the O'Maras' deadline for filing and service of their opposition to such motion shall be extended until 12:00 p.m. on **January 3, 2006**.  In connection with this stipulation, the parties state as follows:

1.      Defendants filed their Motion for Preliminary Injunction (the "Motion") and related papers on December 15, 2005.  By notice dated December 15, the Court scheduled a hearing on the Motion for December 29, 2005 at 11:00 a.m.

2.      The O'Maras seek a continuance of the hearing and an extension of the time period to respond to the Motion because their counsel will be out of the office on previously scheduled vacations.  More specifically, Dale Kerester is scheduled to be out of the office on

vacation from December 22 through December 28 and William O'Brien is scheduled to be out of the office on vacation from December 27 through December 30.

3.In support of their request, the O'Maras state that they have not disclosed the contents of any claimed confidential materials to any competitor of UCHC. The O'Maras further state that, pending the hearing on the Motion, they shall not transfer or assign any copyrights at issue in this litigation and will not disclose the claimed confidential materials to any other person except their counsel and/or litigation advisors.

WHEREFORE, the parties respectfully request that the Court reschedule the hearing on Defendants' Motion for Preliminary Injunction from December 29, 2005 until January 4, 2006 at 11:00 a.m. and extend the Plaintiffs' deadline for filing and service of their opposition to such motion until 12:00 p.m. on January 3, 2006.

**DEFENDANTS/PLAINTIFFS-IN-COUNTERCLAIM**
**MARK J. DONNELLY, SEBAGO PARTNERS, INC., AND UCOMPAREHEALTHCARE, LLC.**
By their attorneys,

/s/
Kevin T. Peters, BBO #550522
Tyler E. Chapman, BBO #637852
TODD & WELD LLP
28 State Street
Boston, MA  02109
(617) 720-2626

**PLAINTIFFS/DEFENDANTS-IN-COUNTERCLAIM,**
**PAUL O'MARA AND NEAL O'MARA**
By their attorneys,

/s/
Dale C. Kerester, Esq.
LYNCH, BREWER, HOFFMAN & FINK, LLP
101 Federal Street, 22nd Floor
Boston, MA  02110-1800
(617) 951-0800
dkerester@lynchbrewer.com

/s/
William E. O'Brien, Esq.
Law Office of William E. O'Brien, Esq.
363 Bailey Road
Holden, MA  01520
(508) 829-5185
william@masstechlawyer.com

Dated:   December 20, 2005

3