UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

PAUL O'MARA and NEAL O'MARA, )
)
Plaintiffs/ )
Defendants-in-Counterclaim, )
) C.A. No: 05-11824-REK
v. )
)
MARK J. DONNELLY, )
SEBAGO PARTNERS, INC, and )
UCOMPAREHEALTHCARE, LLC )
)
Defendants/ )
Plaintiffs-in-Counterclaim. )

**REQUEST FOR LEAVE OF MARK J. DONNELLY, SEBAGO PARTNERS, INC., AND UCOMPAREHEALTHCARE, LLC TO FILE REPLY MEMORANDUM IN SUPPORT OF THEIR MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to Local Rule 7.1(B)(3), Plaintiffs-in-Counterclaim Mark J. Donnelly, Sebago Partners, Inc., and UCompareHealthCare, LLC hereby request leave of this Court to submit a reply brief in support of their Motion for Preliminary Injunction. Plaintiffs-in-Counterclaim state that they belief a brief reply is necessary so as to address legal arguments raised in the Response of Defendants-in-Counterclaim and to present additional documents as exhibits that rebut the factual assertions of Defendants-in-Counterclaim. Plaintiffs-in-Counterclaim further state that the reply will assist this Court in ruling on their Motion for Preliminary Injunction.

Respectfully submitted,

MARK J. DONNELLY, SEBAGO PARTNERS, INC, and UCOMPAREHEALTHCARE, LLC,

By their attorneys,

_____/s/ TYLER E. CHAPMAN_____
Kevin T. Peters, BBO#550522
Tyler E. Chapman, BBO#637852
TODD & WELD LLP
28 State Street
Boston, MA 02109
(617) 720-2626

January 3, 2006