UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PAUL O'MARA and NEAL O'MARA, )<br>)<br>Plaintiffs/ )<br>Defendants-in-Counterclaim, )<br>)<br>v. )<br>)<br>MARK J. DONNELLY, )<br>SEBAGO PARTNERS, INC, and )<br>UCOMPAREHEALTHCARE, LLC )<br>)<br>Defendants/ )<br>Plaintiffs-in-Counterclaim. )<br>) | C.A. No: 05-11824-REK |

## ASSENTED-TO MOTION TO AMEND THE COURT'S ORDER OF FEBRUARY 8, 2006

Mark J. Donnelly, Sebago Partners, Inc., and UCompareHealthCare, LLC (collectively, the "UCHC Parties") hereby move to have the Court amend its prior Order dated February 8, 2006 by entering an amended Order in the form that is attached hereto. As grounds in support of their Motion, the UCHC Parties state that, in asking the Court to enter the Parties' Protective Order (Docket No. 15), they did not intend to have the Court terminate Defendants' Motion for Preliminary Injunction (Docket No. 7) and, instead, intended to have both sides heard as to that Motion at the evidentiary hearing scheduled upon that motion before this Court on March 29, 2006.

WHEREFORE, the UCHC Parties respectfully request that the Court enter an amended order in the form attached hereto.

Dated: March 2, 2006.

| | |
|---|---|
| MARK J. DONNELLY, SEBAGO PARTNERS, INC., AND UCOMPAREHEALTHCARE, LLC<br><br>By their attorneys,<br><br>/s/ Tyler E. Chapman<br>Kevin T. Peters, BBO #550522<br>Tyler E. Chapman, BBO #637852<br>TODD & WELD LLP<br>28 State Street<br>Boston, MA 02109<br>(617) 720-2626<br>kpeters@toddweld.com<br>tchapman@toddweld.com | ASSENTED TO:<br><br>PAUL O'MARA AND NEAL O'MARA<br><br>By their attorneys,<br><br>/s/ Dale C. Kerester<br>Dale C. Kerester, Esq.<br>LYNCH, BREWER, HOFFMAN & FINK, LLP<br>101 Federal Street, 22nd Floor<br>Boston, MA 02110-1800<br>(617) 951-0800<br>dkerester@lynchbrewer.com<br><br>William E. O'Brien, Esq.<br>Law Office of William E. O'Brien, Esq.<br>363 Bailey Road<br>Holden, MA 01520<br>(508) 829-5185<br>William@masstechlawyer.com |

CERTIFICATE OF SERVICE

    I, Tyler E. Chapman, hereby certify that this document has been filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

Date: March 2, 2006

                                                                  /s/ Tyler E. Chapman
                                                                  Tyler E. Chapman

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PAUL O'MARA and NEAL O'MARA,<br><br>Plaintiffs/<br>Defendants-in-Counterclaim,<br><br>v.<br><br>MARK J. DONNELLY,<br>SEBAGO PARTNERS, INC, and<br>UCOMPAREHEALTHCARE, LLC<br><br>Defendants/<br>Plaintiffs-in-Counterclaim. | C.A. No: 05-11824-REK |

## AMENDED ORDER

This matter having come before the Court by assented-to motion to amend the Court's Order of February 8, 2006, the Court's February 8, 2006 is hereby amended and restated.

It is hereby ORDERED:

(1) Defendants' Motion for Preliminary Injunction (Docket No. 7) is REINSTATED and is set down for an evidentiary hearing before this Court on March 29, 2006.

(2) Defendants' Motion for Leave to File Reply Memorandum in Support of Their Motion for Preliminary Injunction (Docket No. 14) is not moot and the Court will rule on whether to grant or deny the motion.

(3) The parties' Protective Order (Docket No. 15) is GRANTED with the court's modification.

SO ORDERED.

_____
Honorable Robert E. Keeton
United States District Court Judge

3

CERTIFICATE OF SERVICE

     I, Tyler E. Chapman, hereby certify that this document has been filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

Date: March 2, 2006

                                                /s/ Tyler E. Chapman
                                                Tyler E. Chapman