UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL O'MARA and NEAL O'MARA, | ) |
| Plaintiffs/ Defendants-in-Counterclaim, | ) ) ) ) |
| v. | C.A. No: 05-11824-REK |
| MARK J. DONNELLY, SEBAGO PARTNERS, INC, and UCOMPAREHEALTHCARE, LLC | ) ) ) ) |
| Defendants/ Plaintiffs-in-Counterclaim. | ) ) |

**PRELIMINARY DISCOVERY ORDER**

This matter having come before the Court by joint motion of Plaintiffs/Defendants-in-Counterclaim Paul O'Mara and Neal O'Mara and Defendants/Plaintiffs-in-Counterclaim Mark J. Donnelly, Sebago Partners, Inc. and UCompareHealthCare, LLC (collectively, the "Parties") to establish a schedule for certain expedited discovery in connection with the hearing scheduled for March 29, 2006 upon Defendants' Motion for Preliminary Injunction.

IT IS HEREBY ORDERED, as follows:

The Parties shall serve First Requests for Production of Documents by March 1, 2006.

The Parties shall serve Rule 16 Disclosures and Documents by March 6, 2006.

The Parties shall serve Responses to the First Requests for Production of Documents, including responsive documents (subject to any objections), by March 10, 2006.

Each side shall have no more than four (4) deposition days (each deposition to be limited to one day) that commence at 10 a.m. and conclude at 4 p.m., and all such depositions must be completed by March 22, 2006.

This Order shall be without prejudice to the Parties' rights to conduct additional discovery in this case after the hearing upon Defendants' Motion for Preliminary Injunction.

SO ORDERED.

_____
Honorable Robert E. Keeton
United States District Court Judge

Dated: 3/3/06

4