UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL O'MARA and NEAL O'MARA, )<br>)<br>Plaintiffs/ )<br>Defendants-in-Counterclaim, )<br>)<br>v. )<br>)<br>MARK J. DONNELLY, )<br>SEBAGO PARTNERS, INC, and )<br>UCOMPAREHEALTHCARE, LLC )<br>)<br>Defendants/ )<br>Plaintiffs-in-Counterclaim. )<br>) | C.A. No: 05-11824-REK |

### JOINT MOTION TO CONTINUE MARCH 29, 2006 EVIDENTIARY HEARING

The parties, by their undersigned counsel, hereby jointly move to have the Court continue the evidentiary hearing upon Defendants' Motion for Preliminary Injunction, which is presently set for March 29, 2006, until April 12, 2006 or thereafter subject to the availability of the Court, counsel, and the witnesses. As grounds for their motion, the parties jointly state that they are requesting this continuance so that they may pursue settlement discussions. The amount of the requested continuance is brief so that, in the event the case does not settle, they can resume expedited to discovery and appear for the evidentiary hearing as soon as possible in the event settlement discussions are not fruitful.

WHEREFORE, the parties jointly request that the Court grant their Motion and continue the hearing until April 12, 2006 or thereafter subject to the availability of the Court, counsel, and the witnesses.

Respectfully submitted,

Dated: March 24, 2006.

| | |
|---|---|
| PAUL O'MARA AND NEAL O'MARA | MARK J. DONNELLY, SEBAGO PARTNERS, INC., AND UCOMPAREHEALTHCARE, LLC |
| By their attorneys, | By their attorneys, |
| /s/ Dale C. Kerester<br>Dale C. Kerester, Esq.<br>LYNCH, BREWER, HOFFMAN & FINK, LLP<br>101 Federal Street, 22nd Floor<br>Boston, MA 02110-1800<br>(617) 951-0800<br>dkerester@lynchbrewer.com | /s/ Tyler E. Chapman<br>Kevin T. Peters, BBO #550522<br>Tyler E. Chapman, BBO #637852<br>TODD & WELD LLP<br>28 State Street<br>Boston, MA 02109<br>(617) 720-2626<br>kpeters@toddweld.com<br>tchapman@toddweld.com |

## CERTIFICATE OF SERVICE

I, Tyler E. Chapman, hereby certify that this document has been filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

Date: March 24, 2006

                                        /s/ Tyler E. Chapman
                                        Tyler E. Chapman