UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
)
PAUL O'MARA and NEAL O'MARA )
        Plaintiffs, )
v. )
) C.A. No. 05-11824-REK
)
MARK J. DONNELLY, )
SEBAGO PARTNERS, INC., and )
UCOMPAREHEALTHCARE, LLC )
)
        Defendants. )
_____)

### STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties in the above-referenced matter hereby stipulate that all claims asserted in the action be dismissed with prejudice and without costs.

All parties waive all rights of appeal.

| | |
|---|---|
| PAUL O'MARA AND NEAL O'MARA | MARK J. DONNELLY, SEBAGO PARTNERS, INC., AND UCOMPAREHEALTHCARE, LLC |
| By their attorneys, | By their attorneys, |
| /s/ Dale C. Kerester | /s/ Tyler E. Chapman |
| Dale C. Kerester, Esq., BBO #548385 | Kevin T. Peters, BBO #550522 |
| LYNCH, BREWER, HOFFMAN & FINK, LLP | Tyler E. Chapman, BBO #637852 |
| 101 Federal Street, 22nd Floor | TODD & WELD LLP |
| Boston, MA  02110-1800 | 28 State Street |
| (617) 951-0800 | Boston, MA  02109 |
| dkerester@lynchbrewer.com | (617) 720-2626 |
| | kpeters@toddweld.com |
| | tchapman@toddweld.com |
| William E. O'Brien, Esq. | |
| Law Office of William E. O'Brien, Esq. | |
| 363 Bailey Road | |
| Holden, MA  01520 | |
| (508) 829-5185 | |
| William@masstechlawyer.com | |

2

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on April 12, 2006.

/s/ Dale Kerester
Dale Kerester